**Order entered February 26, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00411-CV

## PNC BANK, N.A., Appellant

## V.

## RPCG-GP I, LLC, Appellee

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-01763**

### ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c)(1), we **ORDER** Felicia Pitre to file a supplemental clerk's record containing a copy of the trial court's Order on Petitioner's Rule 202 Petition, signed March 28, 2019. *See* TEX. R. APP. P. 34.5(c)(1). The supplemental record shall be filed no later than March 16, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre

and the parties.

/s/     BILL PEDERSEN, III
JUSTICE